```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 28120
  JAN S BLUCAS
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
  SSN XXX-XX-4061

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/20/08 .

   2.  The case was dismissed without confirmation, 11/21/2008.

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT        INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------

         Summary of disbursements:
--------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00           .00
PRINCIPAL PAID           .00          .00          .00          .00           .00
INTEREST PAID            .00          .00          .00          .00           .00
TOTAL PAID               .00          .00          .00          .00           .00
The Debtor's attorney, BIZAR & DOYLE                  , was allowed $         .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




         Dated: 02/11/09              /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                                PAGE   2
     CASE NO. 08 B 28120 JAN S BLUCAS
```